## Irene A. Wilkins and Emma Clancy, Appellees, v. William F. Paul, Appellant.

### Gen. No. 45,520. 

 Thomas D. Ahern, for appellant; no appearance for appellees. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full. Opinion filed February 4, 1952; released for publication March 25, 1952.

## M. Backall et al., Appellants, v. 5482 University Avenue Apartments Building Corporation, and William Henning Rubin, Appellees.

### Gen. No. 45,384. 

 Samuel Broyde, for appellants; Harry A. Biossat, Shulman, Shulman & Abrams, and Lawrence Lenit, for appellees. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed February 4, 1952; rehearing denied February 18, 1952; released for publication March 25, 1952.